IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SOHAIL KHAN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D16-1635

FLORIDA DEPARTMENT OF
BUSINESS AND
PROFESSIONAL
REGULATION,
CONSTRUCTION INDUSTRY
LICENSING BOARD,

     Appellee.

_____/

Opinion filed February 2, 2017.

An appeal from the Department of Business and Professional Regulation.

Sohail Khan, pro se, Appellant.

Jason L. Maine, General Counsel; Marisa G. Button, Chief Appellate Counsel, and Chevonne T. Christian, Assistant General Counsel, Department of Business and Professional Regulation, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROWE, RAY, and M.K. THOMAS, JJ., CONCUR.